# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0894
L.T. Case No. 2024-SC-000155-A

_____

LORETTA YOUNG,

Appellant,

v.

JOHN NOBLE RUTLEDGE, III,

Appellee.

_____

On appeal from the County Court for Marion County.
LeAnn Patrice Mackey-Barnes, Judge.

Loretta Young, Gainesville, pro se.

John Noble Rutledge, III, Ocala, pro se.

August 20, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____